THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALVARO CARVAJAL, Appellant.

Submitted March 28, 2005; decided March 31, 2005

Motion for poor person relief denied without prejudice to renewal of the motion within 30 days upon detailed submissions by appellant showing assets or income available to him (CPLR 1101 [a]).

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v GARTH M. HILL, Respondent.

Submitted February 28, 2005; decided March 31, 2005

Motion for assignment of counsel granted and Thomas W. Ryan, Esq., 1200 Hills Building, 217 Montgomery Street, Syracuse, New York 13202 assigned as counsel to the respondent on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. DEANDRE WILLIAMS, Also Known as DAVID WILLIAMS, Appellant, v THE PEOPLE OF THE STATE OF NEW YORK, Respondent.

Submitted February 7, 2005; decided March 31, 2005

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.